UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JACOB BIRCH and ERIC FROEBEL on behalf of
themselves and all others similarly situated,

                Plaintiffs,

-against-

STADIUMRED, INC., STADIUMRED LIFE LLC,
STADIUMRED LIVE LLC, STADIUMRED
MUSIC LLC, STADIUMRED STUDIOS LLC
CLAUDE ZDANOW, and MARC ZDANOW,

                Defendants.
-------------------------------------------------------------------X

Civil Action No. 14-CV-0379 (HB)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and among the Plaintiffs and Defendants, by and through their undersigned counsel, that all claims of Plaintiffs against Defendants contained in the Complaint herein are hereby dismissed and discontinued, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, without costs, Attorneys' fees and disbursements to either party as against the other.

STRAUSS LAW P.L.L.C.

By: /s/ Jesse Strauss
    Jesse Strauss, Esq.
    Attorneys for Plaintiffs
    305 Broadway, 9th Floor
    New York, New York 10007

Date: 7/28/2014

ALAN B. PEARL & ASSOCIATES, P.C.

By: _____
    Brian J. Shenker, Esq.
    *Attorneys for Defendant*
    6800 Jericho Turnpike Suite 218E
    Syosset, New York 11791

Date: 7/28/2014

Granted.

*Paul A. Engelmayer*

Honorable Paul A. Engelmayer, U.S.D.J.

7/28/14

Date